# Court of Appeals
# of the State of Georgia

ATLANTA,   September 23, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0036. TOBIAS HAYDEN v. THE STATE.**

On September 1, 2015, Tobias Hayden filed a discretionary application from the June 15, 2015 order of the trial court directing that Hayden's ex parte letter to the court be made part of the record. We lack jurisdiction for two reasons.

First, from the limited material Hayden submitted with his application, it appears that a criminal matter remains pending in the trial court. Accordingly, the order Hayden seeks to appeal is non-final. To appeal such an order, Hayden must follow the procedures for interlocutory review as set forth in OCGA § 5-6-34 (b) by timely seeking a certificate of immediate review in the superior court.  See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991); *Gray v. Springs*, 224 Ga. App. 427, 427 (481 SE2d 3) (1997). His failure to do so deprives us of jurisdiction.

Second, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). A party's failure to meet this statutory deadline deprives us of jurisdiction to consider the application. *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). Because Hayden filed this application 78 days after entry of the order he wishes to appeal, it is untimely. For these reasons, this application is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

 *Clerk's Office, Atlanta,* <u>  09/23/2015  </u>

 *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ , *Clerk.*